UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DE'SHAUNDA SMITH, | CASE NO. 1:21-cv-01031 |
| Plaintiff, | |
| On behalf of herself and all others similarly situated, | MAGISTRATE JUDGE THOMAS M. PARKER |
| v. | |
| FACE 2 RESOURCES CORPORATION, et al., | |
| Defendants. | |

## ORDER APPROVING CONDITIONAL CERTIFICATION JOINT STIPULATION AND APPROVING NOTICE AND CONSENT DOCUMENTS[1]

For good cause shown, the parties' joint stipulation to conditionally certify the case as a collective action pursuant to 29 U.S.C. § 216(b) and Fed. Rs. Civ. P. 26(d) and 83(b), and order that notice be provided to putative class members of Plaintiff's FLSA claims (ECF Doc. 12) is **APPROVED**.

The court **APPROVES** the Notice of Collective Action Wage Lawsuit, proposed cover email, and Consent Form to the parties' joint stipulation as Exhibits A, B, and C respectively (ECF Doc. 12-1), and directs that notice be sent pursuant to the terms and conditions outlined in the parties' joint stipulation, ECF Doc. 12.

**IT IS SO ORDERED.**

Dated: __8/12/2021__

Thomas M. Parker
United States Magistrate Judge

---

[1] The parties consented to the jurisdiction of the Magistrate Judge pursuant to 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73. (ECF Doc. 10).